IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**SCANNED**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | |
| OFFICE OF ATTORNEY GENERAL, | : | CASE NO. 07-36 OF 2007 |
| Appellee | : | |
| V. | : | LOWER COURT NUMBER: |
| TWO (2) MOTOR VEHICLES, | : | 84 MISC. 2001 |
| Appellant | : | |
| Petitioner: Jamie Brown, et. al. | : | |
| | : | |

## COMPLAINT

NOW COMES the Claimant, Petitioner, Jamie Brown and respectfully moves this Honorable Court for an Order dismissing the lower Court's Forfeiture Order and or the lower Courts Order dismissing Appeal in the above-referenced action, while petitioner prays that this Honorable Court will Order Property returned or Reinstatement of Appeal rights, and sets forth the following:

1. This Court has Jurisdiction over this Civil Forfeiture Action by virtue of 28 U.S.C. § 1345 and 1355.

2. The Petitioner, Jamie Brown, is currently incarcerated at SCI Forest, P.O. Box 945, Marienville, PA 16239, who is a Claimant in the above-referenced case, who represents Co-Claimants Pursuant to Pa.R.A.P. 513, Consolidation of multiple appeals, whom are the

following person's:

    (a.) Sylvia E. Ruth (Wallace), 14 Beaver St., Ambridge, PA. 15003, and all times relevant hereto was the registered owner of One 1999 GMC Yukon Denali, ID# 1GKEK13R3XR906282.

    (b.) Melissa L. Gilliam, 3003 Scottswood Dr., Aliquippa, PA. 15001, and all times relevant hereto was the registered owner of One 1996 Chevrolet Impala SS, ID# 1G1BL52P3TR117491.

3. The Plaintiff, Appellee, The Pennsylvania Office of Attorney General, headquartered in Harrisburg, Pennsylvania.

4. On or about August 22, 2000, the Claimant's Melissa L. Gilliam and Jamie Brown purchased the 1996 Chevrolet Impala SS, one of the above-referenced motor vehicles from Robert and Linda Pinter, in Erie, PA., for the sum of approximately $7,000.00.

5. On or about November 4, 2000, the Claimant Sylvia E. Ruth (Wallace) purchased the 1999 GMC Yukon Denali, one of the above-referenced motor vehicles from John Seritti Chevrolet, Coraopolis, PA, for the sum of $20,000.00 plus a trade in valued at $9,214.10, for a total of $27,995.00.

6. The above-referenced Action was initiated by a Aliquippa, Pennsylvania, Police Officer upon his independant private investigation after conducted a August 27, 2000, traffic stop that began a investigation that was later transferred to the Pennsylvania Office of Attorney General.

7. Upon a March 15, 2001, murder investigation involving the Pennsylvania Attorney General's, Pennsylvania State Police, Beaver County Detectives And the Beaver County Detectives, a Search warrant was issued for Petitioner, Claimant's residents being combined into one investigation, later leading to the initiation of the Seizure and Forfeiture Pursuant to Section 6801 (B) Of The Controlled Substance Forfeiture Act (42 PA.C.S.A. §§ 6801-6802), commenced on on April 12, 2001.

8. Petitioner, Claimants were forced to represent themselves at the March 3, 2005, Forfeiture hearing before the Honorable Judge John D. McBride, and shortly after on April 19, 2005, the Court order the above referenced Vehicles Forfeited, at NO. 84 MISC. 2001.

9. On July 18, 2005, Petitioner, Claimant filed a notice of appeal after being granted an extension of time to file notice of appeal.

10. On December 30, 2006, after extensions of time to file appellate briefs were granted, Petitioner, Claimant filed appeal briefs in the Commonwealth Court and served a copy on Appellee.

11. On February 13, 2006, the Prothonotary for the Commonwealth Court returned a copy of appellant's brief, being marked "Amended" ordering Petitioner to reserve Appellee with a additional copy, Petitioner requested information from the Prothonotary Office in order to figure out the mistakes in order to make sure the issues-

were correctly being argued.

12. On March 23, 2006, Petitioner, Claimant's appeal was dismissed without review for failure to comply, at NO. 1516 CD 2005.

13. On April 3, 2006, Petitioner, Claimant filed a Motion for Reconsideration being denied on April 6, 2006.

14. On May 23, 2006, Petitioner, Claimant filed a Petition for Allowance of Appeal In The Supreme Court, being denied on December 5, 2006, at NO. 21 WT 2006./ No. 293 WAL 2006.

15. Petitioner, Claimant submits a Memorandum Of Law in support of the numerous violations of Claimant's U.S. and Pennsylvania Constitutional rights.

WHEREFORE, Claimant, Petitioner pray that this Honorable Court will Order Property returned or reinstate petitioner's appeal.

Respectfully submitted,

Dated: 3-1-07

Jamie Brown, Petitioner
#PA-8179
SCI Forest / PO Box 945
Marienville, PA 16239

PROOF OF SERVICE

I hereby certify that I am on this day serving a true and correct copy of the foregoing document upon the persons and in the manner listed below:

Service by way of First Class U.S. Mail:

Clerk's Office: (3) Copies
United States District Court
P.O. Box 1820
Erie, PA 16507

Jennifer A. Buck: (1) Copy
Deputy Attorney General
16th Floor, Strawberry Square
Harrisburg, Pa. 17120

Dated: 3-6-07

Jamie Brown #FA-8179
SCI Forest
P.O. Box 945
Marienville, Pa. 16239